JS-6

Daniel B Chammas (SBN 204825)
Min K. Kim (SBN 305884)
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401
Email(s):  dchammas@fordharrison.com
            mkim@fordharrison.com

Attorneys for Defendants,
MARRIOTT INTERNATIONAL CAPITAL CORPORATION; THE RITZ-CARLTON HOTEL COMPANY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL METZLER, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>THE RITZ-CARLTON HOTEL COMPANY, LLC, a Maryland company; MARRIOTT INTERNATIONAL CAPITAL CORPORATION, a Maryland corporation; and DOES 1 through 50, inclusive,<br><br>   Defendant. | CASE NO. 5:21-cv-01576-FMO-KK<br><br>[*Assigned to the Hon. Fernando M. Olguin*]<br><br>**ORDER GRANTING STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION AND STAY PROCEEDINGS PENDING ARBITRATION**<br><br>Complaint Filed: August 6, 2021<br>Removal Date:    September 16, 2021 |

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

WSACTIVELLP:12593893.1     1     ORDER GRANTING STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION AND STAY PROCEEDINGS PENDING ARBITRATION

# **ORDER**

The Court, having considered the Parties' Joint Stipulation to Submit Matter to Binding Arbitration and Stay Proceedings Pending Arbitration, and finding good cause therefore, hereby ORDERS, that:

1. The Parties shall submit this action to binding arbitration with AAA, subject to any and all applicable Employment Arbitration Rules and Mediation Procedures of AAA;

2. This action shall be stayed pending the outcome of arbitration; and

3. This Court will retain jurisdiction over this action to enforce the arbitrator's decision.

4. The Clerk shall administratively close the case. See Dees v. Billy, 394 F.3d 1290, 1293-94 (9th Cir. 2005).

Date: __September 23, 2021__       _____/s/_____
                                   Hon. Fernando M. Olguin
                                   United States District Court

Ford & Harrison LLP
Attorneys At Law
Los Angeles

WSACTIVELLP:12593893.1            2            **ORDER GRANTING STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION AND STAY PROCEEDINGS PENDING ARBITRATION**